# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LILIAN PINO; <u>ET AL.</u>,<br><br>  Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.; <u>ET AL.</u>,<br><br>  Defendants. | CIVIL NO. 23-1350 (PAD) |

## PARTIAL JUDGMENT

In accordance with the Order at Docket No. 33, and there being no just reason for delay, partial judgment is hereby entered dismissing plaintiffs' claims against UBER Technologies, Inc.; UBER Puerto Rico, LLC; and Raiser, LLC a/k/a Rasier, LLC, with prejudice.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of January, 2024.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
